Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Earl D. Strother
_____
Plaintiff,
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Compass Group USA Inc d/b/a Eurest Dining Services
_____
Defendant(s),
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes  ☐ No

2:17-cv-01164-TMP

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff

   Name: Earl Strother
   Street Address: 531 33rd St. South
   City and County: Bessemer, Jefferson
   State and Zip Code: Alabama, 35020
   Telephone Number: 205-720-9390
   E-mail Address (if known): tewabela5@gmail.com

   ☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

Date 7-10-17                                Participant Signature /s/ Earl Strother

Page 1 of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: Compass Group USA, Inc d/b/a Eurest Dining Services
    Job or Title *(if known)*:
    Street Address: 2090 Parkway Office Circle
    City and County: Hoover, Jefferson
    State and Zip Code: Alabama, 35244
    Telephone Number: 205-261-6537
    E-mail Address *(if known)*:

Defendant No. 2

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Case 2:17-cv-01164-TMP   Document 1   Filed 07/12/17   Page 3 of 9

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

      Defendant No. 4

          Name                             _____

          Job or Title *(if known)*    _____

          Street Address                _____

          City and County             _____

          State and Zip Code         _____

          Telephone Number         _____

          E-mail Address *(if known)*   _____

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

          Name                     Compass Group USA, Inc. d/b/a Eurest Dining Services

          Street Address               2090 Parkway Office Cir

          City and County             Hoover, Jefferson

          State and Zip Code        Alabama, 35244

          Telephone Number

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Page 3 of 7

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☒ Termination of my employment

☐ Failure to promote me

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☐ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B. It is my best recollection that the alleged discriminatory acts occurred on date(s):

_____

_____

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me

☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race — White female made untrue accusations about me and the company took her word without any investigation!

☐ color

☑ gender/sex — Female who has had complaints of the same nature for which she accused me was not terminated or disciplined.

☐ religion

☐ national origin _____

☐ age (year of birth) _____
*(only when asserting a claim of age discrimination)*

☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed. I worked at Everest Dining Services for 11 years. My ending position was a Lead Cook. On March 7, 2017, I was called in to the GM's office, Mr. Mike (LNU) regarding an alleged text I sent to Shelly Jones, a white female. The Company only showed me a screen shot, not an actual text. When I asked to see the actual text message and the number it came from, they refused. I was first given a number that was not even mine. This same Shelly Jones has had complaints

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

regarding her touching and making inappropriate comments to others and she was not terminated or disciplined. Me and several other employees wrote statements about Ms. Jones and her actions which the GM never forwarded to HR.

I also provided statements to the GM that she has asked on several occasions to use my cell phone and I believe she did this to me because I told on her about her actions.

They (the company) refused to pull her phone records.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

IV. **Exhaustion of Federal Administrative Remedies**

   A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____
   
   March 28, 2017

   B. The Equal Employment Opportunity Commission *(check one)*:
   
   ☐ has not issued a Notice of Right to Sue letter
   
   ☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____
   
   April 28, 2017
   
   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

   C. Only litigants alleging age discrimination must answer this question:
   
   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:
   
   ☐ 60 days or more have elapsed
   
   ☐ less than 60 days have elapsed

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking the wage I would have been paid if the discrimination had not taken place. I am still unemployed and I want to be paid from the time of my discharge up to the point I find employment. I believe I am entitled to punitive damages because the company intentionally discriminated against me.

Page 6 of 7

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 7-10-17

Signature of Plaintiff: *Earl Strother*
Printed Name of Plaintiff: EARL Strother

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

 

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Earl D. Strother<br>531 33rd Street S<br>Bessemer, AL 35020 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2017-01405 | Debra Powell, Intake Supervisor | (205) 212-2085 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Delner Franklin-Thomas, District Director

APR 27 2017 *(Date Mailed)*

Enclosures(s)

cc:   **EUREST DINING SERVICES**
c/o Elizabeth Butler, Food Service Director
2090 Parkway Office Cr
Hoover, AL 35244